COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:    Preston Marshall and Rusk Capital Management, L.L.C. v. Maropco, Inc. and E. Pierce Marshall, Jr.

Appellate case number:  01-22-00573-CV

Trial court case number:  2015-35950

Trial court:           11th District Court of Harris County

On August 29, 2022, appellants, Preston Marshall and Rusk Capital Management, L.L.C., filed a motion to abate this appeal until the trial court concludes a new trial regarding certain litigation expenses and issues a new final judgment.

We **grant** the motion**.**

The appeal is abated, treated as a closed case, and removed from this Court's active docket. This Court will consider a motion to reinstate by either party or may reinstate on its own order.

It is so ORDERED.

Judge's signature: _____/s/ Julie Countiss_____
                            Acting individually

Date:  September 13, 2022